UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DANIEL DELANO,

               Plaintiff,

v.

UNITED STATES OF AMERICA,

               Defendant.



**FILED**

APR 26 2012

**CLERK, US DISTRICT COURT, WDNY**

08-CV-610C

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties in the above-entitled action, that whereas neither the plaintiff nor the defendant is an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, discontinued with prejudice and on the merits, without costs or fees to either plaintiff or defendant as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED:   Buffalo, New York, April 19, 2012.

            WILLIAM J. HOCHUL, JR.
            United States Attorney

DATED: 4/19/2012     */s/Michael S.Cerrone*
        BY: MICHAEL S. CERRONE
          *Attorney for Defendant*
          Assistant U.S. Attorney
          U.S. Attorney's Office
          Western District of New York
          138 Delaware Avenue
          Buffalo, New York 14202

DATED: 4/19/2012     */s/ J. Michael Hayes*
          J. Michael Hayes
          *Attorney for Plaintiff*

SO ORDERED

_____ 4/26/12
Hugh B. Scott
United States Magistrate Judge